# Court of Appeals
# of the State of Georgia

ATLANTA,  July 27, 2017

*The Court of Appeals hereby passes the following order:*

**A17I0279. GEMON KEJON CAMPBELL v. THE STATE.**

On June 19, 2017, the trial court entered an order denying a motion to suppress filed by Ge'Mon Ke'Jon Campbell. The trial court certified its order for immediate review on June 29, 2017, and Campbell filed this application for interlocutory review on July 11, 2017. We lack jurisdiction.

Pursuant to OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. OCGA § 5-6-34 (b) also requires that the applicant file the application for interlocutory appeal within ten days after entry of the certificate of immediate review. Here, however, Campbell filed his application 12 days after the trial court issued its certificate of immediate review. Accordingly, Campbell's application is untimely.

In light of his untimely application, Campbell has filed a motion to change this Court's filing date or, in the alternative, a motion for an extension of time to file his application. Pursuant to Court of Appeals Rule 30 (i), however, "[n]o extension of time shall be granted to file interlocutory applications." As the Supreme Court has made clear, "when the order appealed from is an interlocutory order, the appellate court does not acquire jurisdiction unless the procedure of OCGA § 5-6-34 (b) for interlocutory appeal is followed." *Cherry v. Coast House, Ltd.*, 257 Ga. 403, 404 (2)

(359 SE2d 904) (1987). Accordingly, Campbell's motion is hereby DENIED and this application is DISMISSED as untimely.[1]



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  07/27/2017*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*

---

[1] Because the case remains pending in the trial court, Campbell may seek to have the trial court vacate and re-enter the order and certificate of immediate review.